UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD MUELLER**, <br> Plaintiff, <br> v. <br> **RITE AID CORPORATION**, <br> Defendant. | Case No. 15-cv-03595-YGR <br><br> **ORDER REQUIRING SUPPLEMENTAL FILING** <br> Re: Dkt. No. 17 |

The Court has reviewed the parties' joint case management statement. (Dkt. No. 17.) With respect to the statement's reference to "approximately 100 current and former Rite Aid Store Managers represented by plaintiff's counsel who have raised similar allegations against Rite Aid" (*id*. at 5), plaintiff's counsel shall file, by **November 12, 2015**, at **noon**, a list of all such cases pending in the Northern District of California.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**