UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MUELLER,<br><br>   Plaintiff,<br><br>  v.<br><br>RITE AID CORPORATION,<br><br>   Defendant. | Case No.  15-cv-03595-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

# PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 25, 2016 at 2:00 p.m. |
| REFERRED TO ADR TO BE COMPLETED BY: | March 31, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | September 2, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: August 1, 2016<br>Rebuttal: August 12, 2016 |
| EXPERT DISCOVERY CUTOFF: | September 2, 2016 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | October 4, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Wednesday, November 23, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 2, 2016 |
| PRETRIAL CONFERENCE: | Wednesday, December 21, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, January 9, 2017 at 8:30 a.m. for 3-5 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

(Jury Trial)

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Wednesday, November 23, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, and pursuant to the parties' stipulation (Dkt. No. 16), the parties are **REFERRED** to Court mediation to be completed by **March 31, 2016**.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order terminates Docket Number 16.

**IT IS SO ORDERED.**

Dated: December 18, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge

cc: ADR

2