1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiffs
6
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
7  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   JESSE C. FERRANTELLA (Cal. State Bar No. 279131)
8  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
9  San Francisco, California 94105-3441
   Telephone:    (415) 856-7000
10 Facsimile:    (415) 856-7100
   jeffwohl@paulhastings.com
11 justinscott@paulhastings.com
   jesseferrantella@paulhastings.com
12
13 Attorneys for Defendant
   Rite Aid Corporation
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MUELLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 3:15-CV-03595-WHA (JCS)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Judge:      Hon. William Alsup<br>Trial Date: May 15, 2017 |

1  Pursuant to the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side
3  to bear its own costs and attorneys' fees.

5  Dated:  January 17, 2017  .  _____
6  William Alsup
United States District Judge